1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant,
   DENYSE TREPANIER
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )   CASE NO. 6:09-mj-00239-YNP
                                    )
12                                  )
                                    )   WAIVER OF DEFENDANT'S
13            Plaintiff,            )   PERSONAL APPEARANCE
                                    )
14  vs.                             )
                                    )
15  DENYSE TREPANIER,               )
                                    )
16            Defendant.            )
                                    )
17  _____)

18        TO THE ABOVE-ENTITLED COURT:

19        The Defendant DENISE TREPANIER, having been advised of her right to be present at

20  all stages of the proceedings, including, but not limited to, presentation of and arguments on

21  questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby

22  waives the right to be present at the hearing of any motion or other proceeding in this cause.

23  Examples of hearings concerning which the defendant waives the right to be present include the

24  initial appearance,  when the case is set for trial, when a continuance is ordered, when a motion to

25  set aside an indictment is heard, during a plea or change of plea, during sentencing or any case

26  disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

27        The undersigned Defendant requests the Court to proceed during every absence of the

28  Defendant that the Court may permit pursuant to this waiver, and hereby agrees that her interest

1  is represented at all times by the presence of her attorney the same as if the Defendant were
2  personally present in court, and further agrees that notice to Defendant's attorney that
3  Defendant's presence in court on a particular day at a particular time is required is notice to the
4  Defendant of the requirement of Defendant's appearance at that time and place.

6  Dated: October 20, 2009             By: /s/ Denyse Trepanier
                                            DENYSE TREPANIER

8  Dated: October 20, 2009             By: /s/ Carol Ann Moses
                                            CAROL ANN MOSES
9                                           Attorney for Defendant,
                                            DENYSE TREPANIER

   IT IS SO ORDERED.

   **Dated:   February 1, 2010**              **/s/ Dennis L. Beck**
12                                          UNITED STATES MAGISTRATE JUDGE